[Nos. 16051-0-II; 16052-8-II.    Division Two.    July 13, 1994.]


THE STATE OF WASHINGTON, *Respondent*, v. STEPHANIE
RAE HAMILTON, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN
JAMES IRISH, *Appellant*.

Appeals from judgments of the Superior Court for Pierce
County, Nos. 91-1-02979-4, 91-1-02978-6, Frederick B. Hayes,

J., entered May 5, 1992. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Alexander, J.